# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2081-S |
| RAPID THERAPEUTIC SCIENCE LABORATORIES, INC., and DONAL R. SCHMIDT, JR. | § § § § | |

## ORDER

The parties have announced that this case has been resolved, but they require time to finalize the settlement. Accordingly, the parties' Joint Motion to Stay Litigation [ECF No. 43] is **GRANTED** and this case is **ABATED** and **ADMINISTRATIVELY CLOSED**, without prejudice to its being reopened upon motion by any party to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

SIGNED March 17, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**